IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00026-GCM-DCK

| | |
|---|---|
| **DENNIS KENNEDY,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **ANDREW M. SAUL,** | |
| **Defendant.** | |

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and upon consideration of Defendant's unopposed request to remand this cause for further administrative action, the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Upon remand, Defendant will consider any effects on the claim of current receipt of Supplemental Security Income, as well as provide Plaintiff an opportunity for a new hearing.

    **SO ORDERED**.

Signed: December 7, 2020

Graham C. Mullen
United States District Judge